IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHELSON SAINTE,

   Plaintiff,

     v.

SUNTRUST MORTGAGE, INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-1637-TWT

## ORDER

This is a Truth in Lending Act case. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending that the Petition for relief be denied and the action be dismissed. The Magistrate Judge also recommends that the dispossessory action be remanded to the Magistrate Court of Gwinnett County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The claim for declaratory relief is DENIED. The dispossessory action is remanded to the Magistrate Court of Gwinnett County.

SO ORDERED, this 4 day of November, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Sainte\r&r.wpd